STATE OF NEW JERSEY v. PAUL LUKIS.

November 15, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL COOK.

November 15, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN E. TREFFINGER.

November 15, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. MARTIN ROTHENSTEIN.

November 15, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES HILL.

November 15, 1988.

Petition for certification denied.